**UNITED STATES of America,**
**Appellee,**

v.

**Carl Thomas WHIPPLE, Appellant.**

No. 05–3854.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 19, 2006.

Filed: Sept. 25, 2006.

John T. Davis, U.S. Attorney's Office, St. Louis, MO, for Appellee.

S. Paige Canfield, St. Louis, MO, for Appellant.

Carl Thomas Whipple, Butner, NC, pro se.

Before ARNOLD, BOWMAN, and RILEY, Circuit Judges.

PER CURIAM.

Carl Thomas Whipple appeals the 240–month sentence the district court [1] imposed following this court's remand for resentencing under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court should have further reduced Mr. Whipple's sentence because of his age and deteriorating physical condition. We find the 18% downward variance from the bottom of the advisory Guidelines range of 292–365 months was not unreasonable. *See United States v. Bryant,* 446 F.3d 1317, 1319 (8th Cir.2006) (when there is no dispute about applicable Guidelines range, appeals court considers whether sentence imposed is reasonable in light of 18 U.S.C. § 3553(a) factors). After our review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the sentence.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.